IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60085
_____

ENRIQUE A. GARCIA,

                                        Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A43-787-893
---------------------
March 7, 2002

Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Enrique A. Garcia petitions for review of an order of the
Board of Immigration Appeals (BIA) holding that Garcia's state
conviction for felony driving while intoxicated was an aggravated
felony warranting his removal from this country.  The respondent
has moved to dismiss the petition for review and to remand the
case to the BIA for reconsideration in light of United States v.
Chapa-Garza, 243 F.3d 921, 927 (5th Cir. 2001).  Garcia has not
replied to the respondent's motion to remand.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Garcia's petition for review is GRANTED.  The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with Chapa-Garza, 243 F.3d at 927.  All other outstanding motions are DENIED.